In the Matter of the Application of CIVIL SERVICE WAR VETERANS PROTECTIVE ASSOCIATION, Appellant, for an Order of Mandamus against JAMES E. FINEGAN, President; FERDINAND Q. MORTON and SAMUEL H. ORDWAY, Commissioners,

Constituting the Municipal Civil Service Commission for the City of New York, Respondents. (Appeal No. 1.) — In a mandamus proceeding, order denying petitioner's motion to require respondents to substitute another attorney in the place of the corporation counsel affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.